## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**MARGARET R. BROWN**                                    **BK. No. 18-12017-mdc**
**A/K/A MARGARET R CAPONE**                    :
       **Debtor**                                     :     **Chapter No. 13**
                              :

**DEUTSCHE BANK NATIONAL TRUST**        :
**COMPANY, AS TRUSTEE FOR AMERIQUEST**   :
**MORTGAGE SECURITIES INC., QUEST**        :
**TRUST 2005-X2, ASSET BACKED**               :     **11 U.S.C. §362 and §1301**
**CERTIFICATES, SERIES 2005-X2**                :
       **Movant**                                     :
       **v.**                                            :
**MARGARET R. BROWN**                             :
**A/K/A MARGARET R CAPONE**                    :
**SCOTT A. BROWN**
       **Respondents**

### ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY AND CO-DEBTOR STAY

**AND NOW**, this 8th day of November , 2018, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., QUEST TRUST 2005-X2, ASSET BACKED CERTIFICATES, SERIES 2005-X2** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 323 MERCY ST, PHILADELPHIA, PA 19148 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

MARGARET R. BROWN
A/K/A MARGARET R CAPONE
323 MERCY STREET
PHILADELPHIA, PA 19145

DAVID M. OFFEN, ESQUIRE
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

SCOTT A. BROWN
323 MERCY ST
PHILADELPHIA, PA 19148

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107